**Order entered September 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00529-CV

---

**BULLET TRAP, L.L.C. F/K/A BULLET TRAP, INC., Appellant**

**V.**

**WATERPROOF POSITIVE, LLC D/B/A ENERGY ROOFING SOLUTIONS, Appellee**

---

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04389-2016**

---

## ORDER

Before the Court is appellant's September 10, 2018 unopposed second motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 20, 2018.


        /s/     DAVID EVANS
                 JUSTICE